**Tamisue O'KONSKY, Respondent,**

v.

**Richard J. O'KONSKY, Appellant.**

**No. WD 46838.**

Missouri Court of Appeals,
Western District.

Aug. 17, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1993.

Cyril Hendricks, Jefferson City, for appellant.

Douglas Van Camp, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and ULRICH and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal of an order awarding custody of children to the mother.

Judgment affirmed. Rule 84.16(b).